ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
JING H. CHERNG (SBN 265017)
gcherng@fawlaw.com
FREITAS & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

Attorneys for Plaintiff
Polaris Innovations Ltd.

GRANTED

Judge Susan Illston

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS INNOVATIONS LIMITED, an Ireland limited company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ETRON TECHNOLOGY, INC., a Taiwan corporation, and ETRON TECHNOLOGY AMERICA, INC., a California corporation,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-06547-SI<br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Polaris Innovations Limited and Defendants Etron Technology, Inc. and Etron Technology America, Inc. stipulate to dismiss this action without prejudice. Each party shall bear its own fees and costs. |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Polaris Innovations Limited and Defendants Etron Technology, Inc. and Etron Technology America, Inc. stipulate to dismiss this action without prejudice. Each party shall bear its own fees and costs.

Dated: July 25, 2018

ROBERT E. FREITAS
JING H. CHERNG
FREITAS & WEINBERG LLP


*/s/Jing H. Cherng*
Jing H. Cherng
Attorneys for Plaintiff
Polaris Innovations Ltd.

Dated: July 25, 2018

CHRISTOPHER KAO
DAVID J. TSAI
BROCK S. WEBER
PILLSBURY WINTHROP SHAW PITTMAN LLP


*/s/Christopher Kao*
Christopher Kao
Attorneys for Defendants
Etron Technology, Inc. and
Etron Technology America, Inc.

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all persons whose signatures are listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: July 25, 2018

By: */s/Jing H. Cherng*
Jing H. Cherng